UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| Philip C. Ueland, and | ) |
| Nicole Ueland | ) |
|    Plaintiffs, | ) |
|         v. | ) Civil Action No. 1:23-cv-00931-RTH |
| | ) |
| United States of America, | ) |
|    Defendant | ) |

## MOTION FOR LEAVE TO FILE
## AMENDED COMPLAINT UNDER SEAL

Plaintiffs, individuals, by and through their undersigned counsel, hereby move to file an amended complaint under seal:

1. On June 20, 2023, counsel for plaintiffs efiled the complaint in this case under seal.

2. Counsel for plaintiffs attempted to efile other required filings such as a motion for leave to file under seal and statement under Local Rule 9(m)(2)(B) immediately after efiling the complaint, but that attempted efiling was not successful.

3. Counsel for plaintiffs conferred with the Court's efiling help desk and was advised to file an amended complaint and then other required filings such as a motion for leave to file under seal and statement under Local Rule 9(m)(2)(B).

4. Local Rule 9(m) requires that all tax refund claims be filed under seal

along with a redacted version of the complaint or amended complaint.

5.  Undersigned counsel has filed both an unredacted version of the amended complaint and a redacted version of the amended complaint.

6.  The unredacted version of the amended complaint contains sensitive taxpayer information, including taxpayer identification numbers.

7.  To protect sensitive taxpayer information, and to comply with Local Rule 9(m), undersigned counsel respectfully request that the **unredacted version** of the amended complaint be filed under seal.

8.  In the interests of public access to judicial records, undersigned counsel respectfully requests that the **redacted version** of the amended complaint not be filed under seal.

Respectfully submitted June 23, 2023,

        /s/ Jenny C. Lin
        Jenny C. Lin
        Lead Attorney for Plaintiffs Philip and Nicole Ueland
        California Bar No. 211997
        Lin Tax Law, P.C.
        1655 N. Main Street, Suite 350
        Walnut Creek, CA 94596
        (925)202-2922 (Office)
        jlin@lintaxlaw.com

        /s/ Daniel N. Price
        Daniel N. Price
        Attorney for Plaintiffs Philip and Nicole Ueland
        Texas Bar No. 24037299
        New York Reg. No. 5921697
        Law Offices of Daniel N. Price, PLLC
        7011 Main Street
        Frisco, Texas 75034
        210-960-2920 (office)
        dan@pricetaxlaw.com