

Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0025

| | |
|---|---|
| Notice | CP49 |
| Tax Year | 2019 |
| Notice date | November 2, 2020 |
| Social Security number | XXX-XX-9050 |
| To contact us | 800-829-8374 |
| Your Caller ID | 382254 |
| Page 1 of 1 | 89H |

476245.968650.231326.931 1 SP 0.560 636



PHILIP C & NICOLE S UELAND
C/O BBJS 1501 4TH AVE 2880
SEATTLE WA 98101

476245

We applied $95,850.10 of your 2019 overpayment to an unpaid balance

# Refund due: $0.00

We applied your 2019 Forms 1040 overpayment to an amount owed for 2017.

As a result, your refund has been reduced to $0.00.

**Summary**

| | |
|---|---|
| Overpayment for 2019 | -$352,336.19 |
| Amount applied to civil penalty owed for December 31, 2017 | 95,850.10 |
| **Refund due** | **$0.00** |

**What you need to do**

You don't need to do anything.

**Additional information**

- Visit www.irs.gov/cp49
- For tax forms, instructions, and publications, visit www.irs.gov/forms-pubs or call 800-TAX-FORM (800-829-3676).
- You can contact us by mail at the address at the top of this notice. Be sure to include your Social Security number, the tax year, and the form number you are writing about.
- Keep this notice for your records.

If you need assistance, please don't hesitate to contact us.

**EXHIBIT A**