IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PHILIP C. UELAND and <br> NICOLE UELAND, <br>   Plaintiffs, <br> v. <br> UNITED STATES, <br>   Defendant. | ) <br> ) <br> ) <br> ) <br> ) No. 23-931 T <br> ) (Judge Ryan T. Holte) <br> ) <br> ) <br> ) <br> ) |

NOTICE OF APPEARANCE

Please enter the appearance of Elizabeth B. Villarreal, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

> Elizabeth B. Villarreal, Esq.
> U.S. Department of Justice
> Tax Division
> Court of Federal Claims Section
> Post Office Box 26
> Ben Franklin Station
> Washington, DC 20044
> Email: Elizabeth.Villarreal@usdoj.gov

Dated: July 18, 2023

> s/ *Elizabeth B. Villarreal*
> ELIZABETH B. VILLARREAL
> Trial Attorney
> U.S. Department of Justice
> Tax Division
> Court of Federal Claims Section
> Voice: (202) 353-0553
> Fax: (202) 514-9440
> Email: Elizabeth.Villarreal@usdoj.gov