# In the United States Court of Federal Claims

No. 23-931
(Filed: 21 July 2023)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| PHILIP C. UELAND, *et al.*, | \* |
| | \* |
| Plaintiffs, | \* |
| | \* |
| v. | \* |
| | \* |
| THE UNITED STATES, | \* |
| | \* |
| Defendant. | \* |
| | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**<u>ORDER</u>**

Plaintiffs Philip and Nicole Ueland filed their Complaint on 20 June 2023.  *See* Compl., ECF No. 1.  On 23 June 2023, plaintiffs filed:  (1) a motion for leave to file an amended complaint under seal, ECF No. 4; (2) a sealed amended complaint, ECF No. 6; and (3) a sealed proposed redacted amended complaint, ECF No. 7.  On 28 June 2023, plaintiffs filed a motion to unseal their Proposed Redacted Amended Complaint "[i]n the interests of public access to judicial records[.]"  Mot. to Unseal at 1, ECF No. 8.  On 21 July 2023, counsel for the government confirmed via electronic communication the government does not oppose:  (1) plaintiffs' Motion for Leave to File Am. Compl. Under Seal; (2) plaintiffs' Motion to Unseal; or (3) plaintiffs' proposed redactions.

The Court accordingly **GRANTS** plaintiffs' unopposed Motion for Leave to File Amended Complaint Under Seal, ECF No. 4, and unopposed Motion to Unseal, ECF No. 8.

**IT IS SO ORDERED.**

<u>s/ Ryan T. Holte</u>
RYAN T. HOLTE
Judge