IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 23-931 T
(Judge Ryan T. Holte)

PHILIP C. UELAND and NICOLE UELAND,

                              Plaintiffs,

v.

UNITED STATES,

                              Defendant.

JOINT MOTION TO STAY PROCEEDINGS

Pursuant to RCFC 7(b), the parties jointly move for an Order staying the proceedings in this case. Plaintiffs filed the Complaint in this case on June 20, 2023, and the Amended Complaint on June 23, 2023. (Dkt. 1, 6.) Plaintiffs are seeking a tax refund of $95,850.10 for the 2017 tax year, plus statutory interest. Defendant's response to the Amended Complaint is currently due on Monday, August 21, 2023.

As reason for the request, the parties state that defendant's counsel is prepared to recommend that the case be administratively resolved by the Department of Justice, without need for the Court's intervention. The parties jointly propose a stay of the proceedings to allow defendant's counsel sufficient time to draft a memorandum analyzing the factual and legal issues in this case and recommending that an authorized delegate of the Attorney General of the United States approve the proposed resolution.

1

The parties respectfully request that the Court stay proceedings in this case. If the Court grants this motion, the parties propose to file a joint status report in 30 days advising the Court if the stay should remain in place, if the parties have not first dismissed the case.

Plaintiffs' counsel has authorized defendant's counsel to sign this motion on her behalf and to file it as a joint filing.

Respectfully submitted,

August 18, 2023

*/s/ Jenny C. Lin*
JENNY C. LIN
Lead Attorney for Plaintiffs
California Bar No. 211997
Lin Tax Law, P.C.
1655 N. Main Street, Suite 350
Walnut Creek, CA 94596
(925) 202-2922 (Office)
jlin@lintaxlaw.com

*/s/ Daniel N. Price*
DANIEL N. PRICE
Attorney for Plaintiffs
Texas Bar No. 24037299
New York Reg. No. 5921697
Law Offices of Daniel N. Price, PLLC
7011 Main Street
Frisco, Texas 75034
210-960-2920 (office)
dan@pricetaxlaw.com

*/s/ Elizabeth B. Villarreal*
ELIZABETH B. VILLARREAL
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Telephone: (202) 353-0553
Fax: (202) 514-9440
Elizabeth.Villarreal@usdoj.gov

DAVID A. HUBBERT
Deputy Assistant Attorney General
DAVID I. PINCUS
Chief, Court of Federal Claims Section
JASON BERGMANN
Assistant Chief

 */s/ Jason Bergmann*
Of Counsel