IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 23-931 T
(Judge Ryan T. Holte)

PHILIP C. UELAND and NICOLE UELAND,

                          Plaintiffs,

v.

UNITED STATES,

                          Defendant.

JOINT STATUS REPORT

The parties submit this Joint Status Report pursuant to the Court's Order dated August 21, 2023.  (Dkt. 13.)

On August 18, 2023, the parties filed a joint motion to stay proceedings, stating that defendant's counsel would be writing a memorandum analyzing the factual and legal issues in this case and recommending that an authorized delegate of the Attorney General of the United States approve an administrative resolution of this case by the Department of Justice.  (Dkt. 12.) On August 21, 2023, the Court granted the parties' motion, stayed the case, and directed the parties to file a joint status report on September 20, 2023, and every 30 days thereafter.  (Dkt. 13.)

The parties now report that defendant's counsel has written the memorandum, and an authorized delegate of the Attorney General has approved the proposed resolution.  The parties have agreed on language for a stipulation of dismissal with prejudice.  All that is remaining is for

1

the Internal Revenue Service to finish effectuating the resolution by processing a refund or credit of the penalties sought in plaintiffs' complaint, at which point, the parties will dismiss this case with prejudice.

The parties respectfully ask the Court to keep the stay in place and state that no further Court proceedings are required at this time.  If this case is not first dismissed, the parties will file a joint status report on October 20, 2023.  Plaintiffs' counsel has authorized defendant's counsel to sign this motion on her behalf and to file it as a joint filing.

                                                                      Respectfully submitted,

September 20, 2023                                     */s/ Jenny C. Lin*
                                                               JENNY C. LIN
Lead Attorney for Plaintiffs
California Bar No. 211997
Lin Tax Law, P.C.
1655 N. Main Street, Suite 350
Walnut Creek, CA 94596
(925) 202-2922 (Office)
jlin@lintaxlaw.com

*/s/ Daniel N. Price*
DANIEL N. PRICE
Attorney for Plaintiffs
Texas Bar No. 24037299
New York Reg. No. 5921697
Law Offices of Daniel N. Price, PLLC
1175 W. Bitters Rd. Ste 2203
San Antonio, TX 78216
210-960-2920 (Office)
dan@pricetaxlaw.com

*/s/ Elizabeth B. Villarreal*
ELIZABETH B. VILLARREAL
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26

Ben Franklin Post Office
Washington, D.C. 20044
Telephone: (202) 353-0553
Fax: (202) 514-9440
Elizabeth.Villarreal@usdoj.gov

DAVID A. HUBBERT
Deputy Assistant Attorney General
DAVID I. PINCUS
Chief, Court of Federal Claims Section
JASON BERGMANN
Assistant Chief

 */s/ Jason Bergmann*
Of Counsel